

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2017

No. 04-16-00768-CV

Jana Lee **FLANAGAN** and Lucas Matthew Flanagan,
Appellants

v.

**RBD SAN ANTONIO L.P.**, Davidson Hotel Company, LLC
and G4S Secure Solutions (USA), Inc.,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-18601
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

The District Clerk's notification of late record is hereby GRANTED. Time is extended to February 2, 2017.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court